ALB:PGS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA

    - against -

STEVEN SARCONA,

    Defendant.

----------------------------X

C O M P L A I N T

(18 U.S.C. § 2252(a)(1))

19mj931

EASTERN DISTRICT OF NEW YORK, SS:

    CINDY WOLFF, being duly sworn, deposes and states that she is a Special Agent with the Federal Bureau of Investigation ("FBI"), duly appointed according to law and acting as such.

    On or about January 22, 2016, within the Eastern District of New York and elsewhere, the defendant STEVEN SARCONA did knowingly transport and ship, using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, one or more visual depictions visual depictions, the production of such visual depictions having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce or which contains materials which have been mailed or so shipped or transported, by any means including by computer.

    (Title 18, United States Code, Section 2252(a)(1))

The source of your deponent's information and the grounds for her belief are as follows:[1]

1. I have been employed as a Special Agent with the FBI since October 2005, and am currently assigned to the Long Island Child Exploitation Task Force. I have gained expertise in the conduct of child pornography and exploitation investigations through training in seminars, classes, and daily work related to conducting these types of investigations, including the execution of multiple search warrants relating to child pornography offenses and the subsequent prosecution of offenders.

2. On or about July 27, 2019, the FBI was contacted by the North Port, Florida, Police Department ("NPPD") and made aware of a Dropbox user whose account contained child pornography. The discovery was made following the execution of a lawful search warrant was signed by a Circuit Judge in Sarasota County, Florida for a publicly available Dropbox link, which officers with the NPPD determined appeared to depict child pornography ("Warrant #1"). Warrant #1 was served by the NPPD and subsequently executed by Dropbox Inc. The response from Dropbox revealed that the account hosting the Dropbox link was registered in the name "Steven Sarcona" with the email address "ssarco1@hotmail.com" and user ID "528141971" (the "SUBJECT ACCOUNT"). The response to Search Warrant #1 also included the contents of the user's Dropbox as well as IP history logs of the user who created, modified and deleted files on the account.

---

[1] Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

3.  Upon review of the Dropbox response to Search Warrant #1, it was observed that a number of the files contained in the SUBJECT ACCOUNT were of child pornography. These files were stored in a way consistent with the collection of child pornography. Specifically within a folder labeled "Good Stuff" and a sub folder of "155" there were a number of files uploaded by the SUBJECT ACCOUNT, are described as follows and available for the Court's review upon request:

a.  File name cp niña sobre sábana blanca con hombre.mp4 is a video approximately 6 Minutes and 38 seconds in length in which a prepubescent toddler female, approximately 2-4 years old, lies naked on a bed while an adult male is seen rubbing his penis on the child's anus and vagina, having the child perform oral sex on the male and the male masturbating over the child ejaculating in the area of the child's vagina as the child cries;

b.  File name "Video Aug 29, 5 25 09 PM (1).mp4" is a video approximately 32 seconds in length which contains a toddler child, approximately 3-6 years in age, naked from the waist down with her legs spread and what appears to be an adult's hand is seen being inserted into the anus and vagina of the child; and

c.  File name "(~pthc center~)(opva)(2012) mom and daughter(2).flv" is a video approximately 33 minutes and 11 seconds in length which contains a female child, approximately 5-7 years old, and an adult female. During the video the child is naked on a bed while items are inserted and placed on top of her anus and vagina by the adult female whom also performs oral sex on the child. The child also performs oral sex on the adult female and inserts objects in to the adult's vagina.

4. Subsequent investigation of the subscriber information and IP address history address logs obtained from the SUBJECT ACCOUNT led to the identification of the defendant STEVEN SARCONA and the address of his residence in Suffolk County, New York ("SUBJECT PREMISES"). Further review of the Dropbox response revealed that the above-referenced files containing child pornography were transported to the SUBJECT ACCOUNT on or about January 22, 2016.

5. Thereafter, on October 10, 2019, a search warrant was signed in the Eastern District of New York by United States Magistrate Judge Anne Y. Shields, authorizing the search of the SUBJECT PREMISES.

6. On October 11, 2019, agents executed the aforementioned search warrant on the SUBJECT PREMISES. The defendant STEVEN SARCONA was home at the time the warrant was executed, spoke to agents and agreed to be interviewed. Before interviewing the defendant, agents advised him of his Miranda rights. The defendant waived those rights and stated the following, in sum and substance that: (a) he lives at the SUBJECT PREMISES; (b) the SUBJECT ACCOUNT belongs to him; (c) he has received and viewed pictures and videos of child pornography, as well as internet hyperlinks that allow him access to the same; (d) he uploaded and transported pictures and videos of child pornography to the SUBJECT ACCOUNT to be stored; (e) he distributes and shares pictures and videos of child pornography to others via a computer sharing application, and through providing others access to the SUBJECT ACCOUNT; and (f) he has pictures and videos of children as young as 6 years-old naked and having sex on the SUBHECT ACCOUNT.

7. Additionally, during the above-referenced interview, the defendant STEVEN SARCONA was shown still pictures captured from the three video files detailed

above in paragraph 3. The defendant confirmed that each picture was from a video that he had stored in the SUBJECT ACCOUNT.

WHEREFORE, your deponent respectfully requests that the defendant STEVEN SARCONA, be dealt with according to law.

_____
CINDY WOLFF
Special Agent, Federal Bureau of Investigation

Sworn to before me this
11 day of October, 2019

/s/ Anne Y. Shields

_____
THE HONORABLE ANNE Y. SHIELDS
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK